UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17141
    AARON A. MELONE
    CHARLENE C MELONE                     CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-7481     SSN XXX-XX-3835

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/20/07 and confirmed on 12/21/07.

    2.  The case was converted to Chapter 7 after confirmation, 04/28/2008.

    3.  The Debtor paid a total of $   5250.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 2000.00 | 41.79 | 207.54 |
| HSBC AUTO FINANCE | SECURED VEHIC | 10000.00 | 208.93 | 1037.59 |
| US BANK | SECURED VEHIC | 2898.60 | 105.77 | 1425.12 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | 535.88 | 6.25 | 105.93 |
| FEDERATE ADJUSTMENT SO | UNSECURED | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 2977.02 | .00 | .00 |

DELL FINANCIAL SERVICES   UNSECURED              174.81              .00              .00
              Summary of disbursements:
--------------------------------------------------------------------------------

|                     | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|---------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED  | 15434.48  | .00      | 3151.83   | .00   | 18586.31 |
| PRINCIPAL PAID      | 2776.18   | .00      | .00       | .00   | 2776.18  |
| INTEREST PAID       | 362.74    | .00      | .00       | .00   | 362.74   |
| TOTAL PAID          | 3138.92   | .00      | .00       | .00   | 3138.92  |

The Debtor's attorney, KONSTANTINE T SPARAGIS              , was allowed $   3500.00
and was paid $    771.00  direct and $   1847.53  through the plan.

The Trustee received $     263.55 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/21/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE